# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**DEMARIO WALKER**                                                     **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:08cv333-KS-MTP**

**RONALD KING, et al.**                                        **DEFENDANTS**

## ORDER DENYING MOTION TO RECUSE

THIS MATTER is before the court on the plaintiff's motion [6] to recuse, and the court having considered the motion finds that it should be denied. Plaintiff's motion expresses dissatisfaction with rulings in other cases. However, such dissatisfaction is insufficient to support an allegation of bias or a basis for recusal pursuant to 28 U.S.C. § § 144 or 455. *Liteky v. United States*, 510 U.S. 540, 555 (1994); *United States v. Mizell*, 88 F.3d 288 (5th Cir. 1996).

MOTION [6] DENIED.

SO ORDERED on the 20th day of January, 2009.

                                                                              s/ Michael T. Parker
                                                                              United States Magistrate Judge